**No. 09-8590. Page Penk, Petitioner v. Edward Nichols, President, Colorado Historical Society.**

559 U.S. 1000, 130 S. Ct. 1894, 176 L. Ed. 2d 356, 2010 U.S. LEXIS 2514.

March 22, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the Supreme Court of Colorado dismissed. See Rule 39.8. As petitioner has

repeatedly abused this Court's process, the Clerk is directed not to accept any further petition in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and petition is submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam). Justice Stevens dissents. See id., at 4, 113 S. Ct. 397, 121 L. Ed. 2d 305, and cases cited therein.